**Louisiana Secretary of State** ✅ · 12m

🧵 Statement from Louisiana Secretary of State Nancy Landry:

LOUISIANA U.S. HOUSE OF REPRESENTATIVES RACES SUSPENDED
Early Voting Begins Saturday For All Other Races



*Statement from Secretary of State*

**Nancy Landry**

💬 2        🔁 8        ❤️ 5        📊 844        🔖

**Show this thread**

 **Louisiana Secretary of State** ✅ · 12m         ···

"Pursuant to 18:401.1(B), I have certified the emergency in light of the Supreme Court ruling. This is a mandatory step prior to the Governor issuing an executive order suspending the upcoming Louisiana U.S. House races," Secretary Landry said.