

**EXECUTIVE DEPARTMENT**
**OFFICE OF THE GOVERNOR**
**EXECUTIVE ORDER NUMBER JML 26-038**

---

## *STATE OF EMERGENCY - SUSPENSION OF CLOSED PARTY PRIMARY ELECTIONS FOR THE OFFICES OF REPRESENTATIVE IN THE UNITED STATES CONGRESS*

---

**WHEREAS,** the State of Louisiana currently has a Party Primary and Municipal Primary Election scheduled to be held on May 16, 2026 for various offices, including the offices of U.S. Representative, Congressional Districts 1 through 6;

**WHEREAS,** the early voting period for the May 16, 2026 Party Primary and Municipal Primary Election is scheduled to begin on Saturday, May 2, 2026, at 8:30 a.m. and end on Saturday, May 9, 2026, at 6:00 p.m. (excluding Sunday, May 3, 2026);

**WHEREAS,** the Second Party Primary and Municipal General Election is scheduled to be held on June 27, 2026;

**WHEREAS,** the early voting period for the June 27, 2026 Second Party Primary and Municipal General Election is scheduled to begin on Friday, June 12, 2026, at 8:30 a.m. and end on Saturday, June 20, 2026, at 6:00 p.m. (excluding Sunday, June 14, 2026 and Friday, June 19, 2026);

**WHEREAS,** the Congressional General and Open Primary Election is scheduled to be held on November 3, 2026;

**WHEREAS,** on April 29, 2026, the United States Supreme Court issued its decision in *Louisiana v. Callais, et al.,* No 24-109;

**WHEREAS,** in the case of *Louisiana v. Callais et al.,* plaintiffs challenged Louisiana's map of Congressional districts for the United States House of Representatives, as enacted by SB 8 of the 2024 First Extraordinary Session of the Louisiana Legislature, challenging the map as an unconstitutional gerrymander;

**WHEREAS,** the United States Supreme Court held that the map is an unconstitutional gerrymander, and its use would violate the plaintiffs' constitutional rights;

**WHEREAS,** the *Louisiana v. Callais et al.* decision effectively revives a district court injunction barring Louisiana from conducting any congressional elections under SB 8 of the 2024 First Extraordinary Session of the Louisiana Legislature;

**WHEREAS,** R.S. 18:401.1(A) provides a process, "to ensure maximum citizen participation in the electoral process and provide a safe and orderly procedure for persons seeking to qualify or exercise their right to vote, to minimize to whatever degree possible a person's exposure to danger during declared states of emergency, and to protect the integrity of the electoral process";

**WHEREAS,** R.S. 18:401.1(B) provides, in pertinent part, "[t]he governor may, upon issuance of an executive order declaring a state of emergency or impending emergency, suspend or delay any qualifying of candidates, early voting, or elections. The governor shall take such action only upon the certification of the secretary of state that a state of emergency exists";

**WHEREAS,** on April 30, 2026, the Secretary of State certified to the Governor that a state of emergency exists that would affect the electoral process, pursuant to R.S. 18:401.1;

**WHEREAS,** as Governor, I concur that an emergency exists, as electing members to Congress under an unconstitutional map flies in the face of the United States Constitution and subjects Louisiana voters to representatives that are impermissibly elected as determined by the United States Supreme Court, in a 6-3 decision;

**WHEREAS,** nothing in this Order alters the date fixed by Congress for the election of United States Representatives pursuant to 2 U.S.C. § 7, and the congressional election identified herein shall be held on the date prescribed by federal law; this Order affects only the closed party primaries scheduled for May 16, 2026 and June 27, 2026 for those offices.

**NOW THEREFORE, I, JEFF LANDRY,** Governor of the State of Louisiana, by virtue of the authority vested by the Constitution and laws of the State of Louisiana, order and direct as follows:

Section 1:    Due to the election emergency of unconstitutional maps as determined by the United States Supreme Court in *Louisiana v. Callais et al.*, the closed party primary elections for the offices of representative in the United States Congress are hereby suspended for the duration of the May 16, 2026 and June 27, 2026 election cycles and until July 15, 2026 or until such time as determined by the Legislature.

Section 2:    The Legislature is hereby encouraged to pass legislation to enact new Congressional maps and schedule those elections as soon as practical, including laws governing qualification of candidates, in order to conduct the November 3, 2026 election.

Section 3:    No other race or proposition on the ballot for May 16, 2026 and June 27, 2026 shall be affected by this Order.

2

<u>Section 4:</u>      This Order is effective upon signature and shall remain in effect from Thursday, April 30, 2026, until Saturday, May 30, 2026, unless amended, modified, terminated, or rescinded earlier by the Governor, or terminated by operation of law.



**IN WITNESS WHEREOF,** I have set my hand officially and caused to be affixed the Great Seal of Louisiana in the City of Baton Rouge, on this 30th day of April 2026.

Jeff Landry
**GOVERNOR OF LOUISIANA**

**ATTEST BY THE
SECRETARY OF STATE**

Nancy Landry
**SECRETARY OF STATE**

3