UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | | |
|---|---|---|
| EUGENE COLLINS, JR., AND | § | CIVIL ACTION NUMBER |
| LINDSAY GARCIA | § | 4:26-cv-00471 |
| Plaintiffs, | § | |
| | § | |
| | § | |
| versus | § | |
| | § | |
| | § | |
| JEFF LANDRY, ELIZABETH B. | § | |
| MURRILL, AND NANCY | § | |
| LANDRY, | § | |
| Defendants. | § | |

## ORDER CONSTITUTING THREE-JUDGE COURT

Plaintiffs in this lawsuit challenge the lawfulness of several election-related actions. They contend that these actions violate the United States Constitution, Louisiana Constitution, and the Voting Rights Act of 1965. Plaintiffs filed a motion to convene a three-judge district court.

I hereby designate a circuit judge and district judge to serve with Chief Judge Dick. This designation is without prejudice to any issues that may be considered concerning jurisdiction over the claims. The members of the three-judge district court convened under 28 U.S.C. § 2284 are:

Judge Stuart Kyle Duncan
Circuit Judge
United States Court of Appeals for the Fifth Circuit

Chief Judge Shelly D. Dick
United States District Judge
Middle District of Louisiana

Judge Greg G. Guidry
United States District Judge
Eastern District of Louisiana

Signed on May 1, 2026.

Jennifer Walker Elrod
Chief Judge
U.S. Court of Appeals for the Fifth Circuit

2