# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Lindsay Garcia, a qualified voter and a candidate in the Democratic Party for the 5th congressional district, and on behalf of all others similarly situated; and Eugene Collins, a qualified voter<br><br>     Plaintiffs,<br><br>v.<br><br>JEFF LANDRY, in his official capacity as Governor of the State of Louisiana; ELIZABETH B. MURRILL, in her official capacity as Attorney General of the State of Louisiana; and NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana.<br><br>     Defendants. | Civil Action: 3:26-cv-00471<br><br>Hon. Shelly D. Dick |

## MOTION TO TRANSFER VENUE

Defendants Jeff Landry, in his official capacity as Governor of the State of Louisiana, Elizabeth B. Murrill, in her official capacity as Attorney General of the State of Louisiana, and Nancy Landry, in her official capacity as Secretary of State of the State of Louisiana, respectfully move to transfer this action to the United States District Court for the Western District of Louisiana pursuant to 28 U.S.C. § 1404(a).

Dated: May 1, 2026

Respectfully Submitted,

Elizabeth B. Murrill
Attorney General of Louisiana

*/s/ Carey Tom Jones*
Carey Tom Jones (LA #07474)

Office of the Attorney General
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6000 phone
(225) 326-6098 fax
jonescar@ag.louisiana.gov

*Counsel for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that, on this 1st day of May, 2026, the foregoing has been filed with the Clerk via the CM/ECF system that has sent a Notice of Electronic filing to all counsel of record.

*/s/ Carey Tom Jones*
Carey Tom Jones