# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Lindsay Garcia, a qualified voter  and a candidate in the Democratic Party for the 5th congressional district, and on behalf of all others similarly situated; and Eugene Collins, a qualified voter<br><br>        Plaintiffs,<br><br>v.<br><br><br>JEFF LANDRY, in his official capacity as Governor of the State of Louisiana; ELIZABETH B. MURRILL, in her official capacity as Attorney General of the State of Louisiana; and NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana.<br><br>        Defendants. | Civil Action: 3:26-cv-00471<br><br>Hon. Shelly D. Dick |

## [PROPOSED] ORDER

Before the Court is the motion of the Defendants to Transfer Venue (the "Motion").

The Court, having considered the Motion, any response and reply, the record in this

action, and the applicable law, and finding that transfer is warranted, hereby

orders as follows:

1. The Motion is **granted**.

2. Pursuant to 28 U.S.C. § 1404(a) and for good cause shown, this action is

    transferred from the United States District Court for the Middle District of

1

Louisiana to the United States District Court for the Western District of Louisiana.

3. The Clerk of Court is directed to transfer the entire case file to the United States District Court for the Western District of Louisiana forthwith, including all pleadings, motions, orders, and other papers filed in this action.

4. All pending motions, hearings, deadlines, and settings in this Court are terminated without prejudice, to be reset or addressed by the transferee court.

5. This Court retains jurisdiction solely to the extent necessary to effectuate this transfer order.

IT IS SO ORDERED.

_____

Judge Shelly Dick

Dated: May    , 2026

2