**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Lindsay Garcia, a qualified voter and a candidate in the Democratic Party for the 5th congressional district, and on behalf of all others similarly situated, and Eugene Collins, a qualified voter
Plaintiffs,

v.

JEFF LANDRY, in his official capacity as Governor of the State of Louisiana; ELIZABETH B. MURRILL, in her official capacity as Attorney General of the State of Louisiana; and NANCY LANDRY, in her official capacity as Secretary of State of the State of Louisiana.
Defendants.

Civil Action 26-cv-00471
SDD - RLB

## ORDER

The undersigned panel, appointed by the Chief Judge of the United States Fifth Circuit Court of Appeal, is taking the issue of its jurisdiction under 28 U.S.C. § 2284 under advisement.

Pending the panel's examination of jurisdiction:

**IT IS ORDERED** that the defendants shall file any opposition to the plaintiff's claim for injunctive relief on or before May 5th, 2026;

1

**IT IS ORDERED** that the plaintiffs shall file a brief in response to the defendant's Motion to Transfer (Rec Doc. 6) on or before May 5th, 2026

**IT IS FURTHER ORDERED** that the plaintiffs are granted leave to file a reply to the defendant's opposition, and the defendants are granted leave to file a reply to the plaintiff's opposition to transfer on or before May 7th, 2026.

This matter will be set for hearing by separate notice. The parties are **ORDERED** to state in their respective briefs whether an evidentiary hearing is requested. If no evidence is to be offered this matter will be deemed submitted on the briefs.

ORDERED, on this 1st day of May, 2026

Stuart Kyle Duncan
Circuit Judge

Greg Guidry
District Judge

Shelly D. Dick
District Judge

Issued on behalf of the panel

_Shelly D. Dick_
Shelly D. Dick, Chief District Judge

2