**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

LINDSAY GARCIA, a qualified voter
and a candidate in the Democratic Party
for the 5th congressional district, and on
behalf of all others similarly situated, and
EUGENE COLLINS, a qualified voter
Plaintiffs,

CIVIL ACTION

vs.

NO. 26-00471-SDD-RLB

JEFF LANDRY, in his official capacity
As Governor of the State of Louisiana;
ELIZABETH B. MURRILL, in her capacity
as Attorney General of the State of Louisiana;
and NANCY LANDRY, in her official capacity
as Secretary of State of the State of Louisiana,
Defendants

---

## ORDER

The undersigned panel, appointed by the Chief Judge of the United States Fifth Circuit Court of Appeal, has taken the issue of its jurisdiction under 28 U.S.C. § 2284 under advisement.

Considering the panel's examination of jurisdiction:

**IT IS ORDERED** that both parties shall file briefs on the issue of whether the Plaintiffs' Complaint[1] presents grounds requiring adjudication by a district court of three judges, pursuant to 28 U.S.C. § 2284(a), on or before May 7, 2026.

**ORDERED**, on this 4th day of May, 2026

Stuart Kyle Duncan
Circuit Judge

---

[1] Rec. Doc. 1.

Greg Guidry
District Judge

Shelly D. Dick
District Judge

Issued on behalf of the panel


_Shelly D. Dick_
_____

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**