# EXHIBIT B

# SECRETARY OF STATE



**NANCY LANDRY**
SECRETARY OF STATE



P.O. BOX 94125
BATON ROUGE, LA 70804-9125

September 6, 2024

The Honorable Jeff Landry
Governor
State of Louisiana
P. O. Box 94004
Baton Rouge, LA 70804-9004

RE:     Emergency Certification Fall 2024 Elections

Dear Governor Landry,

In accordance with LA R.S. 18:401.3, please find the attached Emergency Certification dated September 6, 2024 with regard to the elections scheduled for Fall 2024. On June 6, 2024, a bridge on Highway 77 in Iberville Parish sustained significant damage (JML 24-83) resulting in its closure for the remainder of 2024. Affected voters will have difficulty accessing their polling location in the upcoming elections. This certification attests that this disaster "impairs an election that may otherwise be held except for technical, mechanical, or logistical problems with respect to the relocation or consolidation of polling places within the parish… or other impairments that affect participation in or the integrity of the electoral process."

In addition to your concurrence, we are seeking the concurrence of the Senate and Governmental Affairs Committee and the House and Governmental Affairs Committee that an emergency plan is necessary to address the situation and will present an emergency election plan to the committees, tentatively set for Monday, September 16, 2024.

Sincerely,

Nancy Landry
Secretary of State

Enclosure