# EXHIBIT C

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NATIONAL COUNCIL OF JEWISH WOMEN—                    NO. C-777814
GREATER NEW ORLEANS SECTION, ET AL.

VERSUS

JEFFREY M. LANDRY, ET AL.

ORDER

This matter came before the court for hearing on an Emergency Petition for Injunctive

Relief and Request for Temporary Restraining Order.

Present were David Lanser on behalf of Plaintiffs, Zachary Faircloth and John Walsh on

behalf of Defendants.

After considering the pleadings, the argument of counsel and the law,

**IT IS ORDERED** that the request for a Temporary Restraining Order is **DENIED.** The

United States District Court for the Western District of Louisiana has issued an injunction

prohibiting the State of Louisiana "from using SB8's map of congressional districts for any

election." See *Callais v. Landry*, 3:24-CV-00122, ECF 261. Executive Order JML 26-038 simply

complies with the mandate of the Federal Court. In addition, despite the apparent confusion

created by the timing of the Supreme Court's decision in *Callais* the plaintiffs have failed to

establish that immediate and irreparable injury will result.

**IT IS FURTHER ORDERED** that the Defendants shall show cause on the 6th day of May,

2026, at 9:00 a.m. why a Preliminary Injunction should not be ordered.

Baton Rouge, Louisiana, this 1st day of May, 2026.

_____

Bradley C. Myers
Judge, 19th Judicial District Court