# EXHIBIT D

NINETEENTH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

Ambrose Sims, Jr., Joyce Davis Sims, Phyllis V. Mercadel, Louisiana State Conference of the National Association for the Advancement of Colored People, League of Women Voters of Louisiana, League of Women Voters of Louisiana Education Fund, and Power Coalition for Equity and Justice,

          *Plaintiffs*,

vs.

Jeff Landry, in his official capacity as Governor for Louisiana, and Nancy Landry, in her official capacity as Secretary of State for Louisiana,

          *Defendants*.

Civil Action No. _____

**TEMPORARY RESTRAINING ORDER**

Considering the foregoing Verified Petition for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction filed by Plaintiffs:

**IT IS HEREBY ORDERED** that the Defendants Jeff Landry and Nancy Landry are temporarily restrained from taking any action to enforce or implement Executive Order 26-038 or taking any other action to suspend, cancel, delay, or in any way alter the procedures for or interfere with the congressional primary elections scheduled for May 16, 2026.

**IT IS HEREBY FURTHER ORDERED** that the Defendants Jeff Landry and Nancy Landry notify parish registrars of voters, clerks, and any other election official with whom they have communicated regarding the Executive Order the congressional primary elections scheduled for May 16, 2026 will be held as scheduled and that no actions may be taken pursuant to the Executive Order to suspend, cancel, delay, or in any way alter the procedures for or interfere with the May 16, 2026 congressional primary elections.

Baton Rouge, Louisiana, this _____ day of May, 2026.

**DENIED: The Court finds that the governor has the authority to suspend the upcoming election to protect the electoral process. Holding an election with an unconstitutional map is like applying fresh paint to rotten wood.**

**Baton Rouge, Louisiana this 1st day of May, 2026.**    19th JUDICIAL DISTRICT COURT JUDGE

20

_____
**JUDGE RICHARD "CHIP" MOORE, III**

Certified True and Correct Copy
CertID: 2026050500787
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Doug Welborn
East Baton Rouge Parish
Clerk of Court

Generated Date:
5/5/2026 2:49 PM

**PLEASE SERVE DEFENDANTS**:

Jeff Landry
Nancy Landry
*Through the Office of the Attorney General*
Liz Murrill
1885 N. Third St.
Baton Rouge, LA 70802

**Certified True and Correct Copy**

CertID: 2026050500787
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**Doug Welborn**

East Baton Rouge Parish
Clerk of Court

Generated Date:
5/5/2026 2:49 PM